IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANIE SAMUEL, et al, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cv378-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| STEVEN M. HOOG, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

On June 28, 2004, this Court held a conference with the attorneys of record. Based upon such conference, the order staying this litigation (Doc. 8) is hereby lifted. It is further ordered that defendants' motion to dismiss (Doc. 10) is hereby DENIED without prejudice.

The Court further set the following schedule for the defendant to file their motion to dismiss the amended complaint:

| | |
|---|---|
| Last date to file motion | 07/23/04 |
| Memoranda contra due | 09/07/04 |
| Reply Memoranda due | 09/28/04 |

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge