## CERTIFICATION OF PUBLIC RECORDS

I, Tom Lakamp, hereby certify that the attached Cincinnati Fire Division Medical Run Report dated 5/29/00 is a true and accurate copy of a public record kept in the ordinary course of business at the Cincinnati Fire Department.

*[signature]*
**TOM LAKAMP**
Cincinnati Fire Department

Sworn and subscribed in my presence this 29th day of July, 2004.

*[signature]*
Notary Public, State of Ohio

GERI HERNANDEZ GEILER, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03

## CINCINNATI FIRE DIVISION
## MEDICAL RUN REPORT FORM-33

**Date:** 5-29-00  **Unit Shift:** 3  **Company #:** 23 / 23
**Incident No.:** 82  **FDZ:** 0056  **Call Rec'd:** 1449 / 1451
**Additional Companies:** ___  **On Scene:** 1452 / 1509

**Bill #:** ___  **Driver:** 129  **Badge #:** 831  **Tech:** ___  **Responding From:** Stns  **Total OOS Time:** 20 / 53

**First Name:** Kathy  **MI:** L  **Last Name:** Tubbs  **Age:** 44  **Sex:** F
**Patient's Street Address:** 1622 Johnathan  **City:** Cinti  **State:** OH  **Zip:** 45207  **County:** Hamilton
**Social Security Number:** 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  **Date of Birth:** 5-23-56  **Patient's Phone Number:** 861-3692  **Rec. Hosp.:** Bethesda North

**Location of Call:** 1316 Burdett
**Nature of Call:** SOB
**Dispatch Code:** ___
**Chief Complaint:** General Weakness
**Final Code:** ___

**MEDICAL HISTORY:** ● Asthma, ○ Cancer, ○ Diabetes, ○ Emphysema, ○ Heart Disease, ● Hypertension, ○ Psych, ○ Seizures, ○ Stroke/TIA, ○ Other
**TYPE:** ○ BLS, ○ ALS, ○ No Transp., ○ Disregard
**ALLERGIES:** ○ Aspirin, ○ Codeine, ○ Penicillin, ○ Sulfa, ○ Other NKA
**MEDICATIONS:** Lasix, NSVTec, Primprox, Prednisone

| Vital Signs | Time | B.P. | Pulse | Resp |
|---|---|---|---|---|
| 1st Resp. / 1st Set | 14:57 | 112/p | 104 | 28 |
| Trans. Unit / 2nd Set | 1514 | UTO | 80 | 28 |
| 3rd Set | | | | |

**1st Responder Primary Assessment:** PT describes general weakness, also c/o SOB. Also last seen by doctor week ago.

**Co. Officer Badge #:** 878   **EMS Personnel Badge #'s:** 678 LW

### PATIENT ASSESSMENT

| Eye Opening | Verbal Response | Best Motor Response | Respiration | Skin | Pupils |
|---|---|---|---|---|---|
| ✓ Spontaneous (4) | 5 Oriented | 6 Follow Commands | ○ Normal | ○ Normal | ○ Equal |
| 3 To Voice | 4 Confused | 5 Localizes Stimulus | ✓ Difficult | ○ Cyanotic | ○ Unequal |
| 2 To Pain | 3 Words | 4 Withdraws | ○ Shallow | ○ Warm, Hot | |
| 1 None | 2 Incompr. Sounds | 3 Flexion Posturing | ○ Absent | ○ Pale, Ashen | Responsive |
| | 1 None | 2 Extension Posturing | | ○ Jaundiced | Left Ø / Right Ø |
| | | 1 No Movement | | ○ Diaphoretic | |
| | | | | ○ Cool | |

**BLS RUN**
Pregnancy
○ Delivery
Sex  M  F
Time: ___ : ___

**BLS TREATMENT GIVEN**
Trauma
○ MAST Trousers
○ Splinting
○ Bleeding Control

**ALS RUN**
IV Fluid
Type ___
IV Gauge ___
By ___

**ALS TREATMENT GIVEN**
Cardiac Treatment
○ Monitor Applied
EKG Rhythm ___

**Oxygen**
○ Cannula
● Mask
○ Ambu. Bag
L/min. 10

**Spinal Immobilization**
○ Cervical Collar
○ Backboard
○ Head Immobilization

○ Telemetry
○ Witnessed Arrest
○ Bystander CPR
○ CFD CPR
○ AED Applied

Defibrillate ___
○ Suction
○ Intubation ___
By ___

**Ambulance/Rescue Unit Assessment:** PT. c/o diff. breathing & SOB & general weakness. PT. presently being treated for pulmonary hyper., asthma, & pituitary problems. — Trans to Beth N. for treatment.

**Equipment Left at Hospital:** None
**Receiving Hospital Signature:** x _[signature]_

### INSURANCE & EMPLOYER INFORMATION / POLICY HOLDER INFORMATION

**P:** ● Medicare  ○ Medicaid  ○ Other
Other Name: ___
Relationship to Patient: ● Self ○ Parent ○ Spouse ○ Other
Sex: ○ Male ● Female
**Policy No.:** 163245175799
**Name:** Kathy Tubbs
**Employer Name:** ___
**Social Security No.:** 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

**S:** ○ Medicare  ● Medicaid  ○ Other
Other Name: ___
Relationship to Patient: ● Self ○ Parent ○ Spouse ○ Other
Sex: ○ Male ● Female