IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JANIE SAMUEL, et al,                          :
                                              :
          Plaintiff(s)                        :
                                              :   Case Number: 1:02cv378-SJD
     vs.                                      :
                                              :   District Judge Susan J. Dlott
STEVEN M. HOOG, et al,                        :
                                              :
          Defendant(s)                        :

ORDER

     This matter is before the Court upon a filing of a dispositive motion. It is the practice of

this court to require all counsel to submit a hard copy to Chambers of any dispositive motion and

related pleadings thereto, including all exhibits.

     IT IS SO ORDERED.


                                        ___s/Susan J. Dlott_____
                                        Susan J. Dlott
                                        United States District Judge