IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANIE SAMUEL, : <br> AS ADMINISTRATOR OF : <br> THE ESTATE OF : <br> CATHY LYNN TUBBS, et al., : <br>   : <br> Plaintiffs, : <br>   : <br> v. : <br>   : <br> STEVEN M. HOOG, et al., : <br>   : <br> Defendants. : | Case No. C-1-02-378 <br><br> Judge Watson |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**
**ON DEFENDANTS' MOTION TO DISMISS**

Plaintiffs hereby request oral argument on the motion to dismiss filed on or about July 29, 2004. This motion is supported by the attached memorandum.

Respectfully submitted,

/s/ Barbara Bison Jacobson
Barbara Bison Jacobson (0014190)
Ward B. Washington (0076911)
Vorys, Sater, Seymour and Pease LLP
221 East Fourth Street
Suite 2000, Atrium Two
Cincinnati, Ohio  45202
Phone:  (513) 723-4000
Fax: (513) 723-4056

Attorneys for Plaintiffs

## MEMORANDUM IN SUPPORT

Counsel for Plaintiffs respectfully requests that oral argument be permitted on the pending motion to dismiss.  Although the matter has been fully briefed, counsel for Plaintiffs respectfully suggests that oral argument on the motion will further enable this honorable Court to render a fair and equitable decision on an important area of law.  Neither party will be prejudiced by permitting oral argument, and both will benefit by the fair and thoughtful resolution of this matter.  For these reasons, Plaintiffs respectfully request oral argument on the pending motion to dismiss.

Respectfully submitted,

/s/ Barbara Bison Jacobson
Barbara Bison Jacobson (0014190)
Ward B. Washington (0076911)
Vorys, Sater, Seymour and Pease LLP
221 East Fourth Street
Suite 2000, Atrium Two
Cincinnati, Ohio  45202
Phone:  (513) 723-4000
Fax: (513) 723-4056

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF which will send notification of such filing to Geri Hernandez Geiler, Sr. Assistant City Solicitor, Room 214 City Hall, 801 Plum Street, Cincinnati, Ohio  45202.

/s/ Barbara Bison Jacobson
Barbara Bison Jacobson