IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Janie Samuel, et al., | Case No.   1:02cv378 |
| Plaintiffs, | |
| | District Judge Michael H. Watson |
| v. | |
| Steven M. Hoog, et al., | |
| Defendants. | |

### ORDER DENYING REQUEST OF PLAINTIFFS FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS

Before the Court is the Request of Plaintiffs for Oral Argument on Defendants' Motion to Dismiss. (Doc. 27). Upon review, the Court concludes oral argument on the issues set forth in the briefs will not serve to further edify the Court. Accordingly, the Request of Plaintiffs for Oral Argument on Defendants' Motion to Dismiss is hereby **DENIED**.

IT IS SO ORDERED.

_____
Michael H. Watson, Judge
United States District Court