UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Janie Samuel, et al.,
  Plaintiff(s),

  v.           Case No. 1:02cv378
                (Watson, J.)

Steven M Hoog, et al.,
  Defendant(s).

## NOTICE

  Please take notice that the above-captioned case has been set for a scheduling conference before the Honorable Michael H. Watson:

    Tuesday, November 16, 2004, at 1:30 pm
    Room 740 Potter Stewart U.S. Courthouse

  Parties shall be prepared to discuss Defendants' Motion to Stay Discovery filed November 4, 2004 (Doc. 29).

              Michael H. Watson
              United States District Judge


               s/Barbara A. Crum
              Courtroom Deputy

cc: All Counsel
bac  November 5, 2004