UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Janie Samuel, et al.,
    Plaintiffs,

v.

Case No.  1:02cv378
(Watson, J.)

Steven M. Hoog, et al.,
    Defendants.

## CIVIL MINUTES
### Scheduling Conference

**HONORABLE MICHAEL H. WATSON, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Dorci Gass
**COURT REPORTER:**
**DATE:** November 16, 2004    **TIME:** 2:30 pm — 3pm

Attorney for Plaintiff(s): _____

_Barbara Jacobson_ (signature)

Attorney for Defendant(s): _____

_Gen Geiler_ (signature)

### PROCEDURES

✓ Counsel Present.

___ Schedule set as follows:

✓ Order to issue.

J:\Barbara\Civil\Minutes\MINUTES-scheduling.wpd