# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Janie Samuel, et al.,
    Plaintiff(s),

v.

Case No. 1:02cv378
(Watson, J.)

Steven M. Hoog, et al.,
    Defendant(s).

## CALENDAR ORDER

Pursuant to a scheduling conference held this date, the above-captioned matter case shall proceed as follows:

1. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff identify primary experts: **March 31, 2005**
   Plaintiff produce primary reports: **March 31, 2005**
   Defendant rebuttal for identifying rebuttal experts: **April 29, 2005**
   Defendant rebuttal for producing primary reports: **April 29, 2005**

3. Parties to exchange witness list and summary: **May 31, 2005**

4. Discovery deadline[1]: **June 30, 2005**

5. Dispositive motion deadline: **July 29, 2005**

6. Joint final pretrial order: **October 27, 2005**

7. Final pretrial conference: **November 1, 2005, at 10:00 am, Room 740**

8. Jury Instructions: **November 24, 2005**

9. Jury Trial: **December 5, 2005, at 9:30 am, courtroom to be determined**

    IT IS SO ORDERED.

*/s/ Michael H. Watson*
Michael H. Watson
United States District Judge

November 16, 2004
bac

---

[1] Counsel shall not presume that a pending motion stays their obligation to complete discovery by this date.