**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JANIE SAMUEL, AS ADMINISTRATOR OF THE ESTATE OF CATHY LYNN TUBBS, et al.,** | : | **Case No. C-1-02-378** |
| | : | **Judge Michael H. Watson** |
| **Plaintiffs,** | : | |
| **-vs-** | : | |
| **STEVEN M. HOOG, et al.,** | : | **PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY INCLUDING ALL PUBLIC RECORDS REQUESTS** |
| **Defendants.** | : | |

---

Plaintiffs respectfully request leave to submit the attached memorandum of authorities and the attached recent decision of the Ohio Supreme Court resolving the issues in an action substantially similar to the present case. *See Gilbert v. Summit County et al.*, (December 30, 2004) 104 Ohio St. 3d 660. Plaintiffs submit this recent ruling as dispositive as to Defendants' pending motion to stay public records requests.

Respectfully submitted,

/s/ Barbara Bison Jacobson

Barbara Bison Jacobson (0014190)
Ward Blair Washington (0076911)
Vorys, Sater, Seymour and Pease LLP
221 East Fourth Street, Suite 2000
P.O. Box 236
Cincinnati, Ohio 45202
Telephone – (513) 723-4016

Facsimile – (513) 852-8481

Trial Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF which will send notification of such filing to Geri Hernandez Geiler, Sr. Assistant City Solicitor, Room 214 City Hall, 801 Plum Street, Cincinnati, Ohio 45202.

/s/ Barbara Bison Jacobson
Barbara Bison Jacobson