IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANIE SAMUEL, <br> AS ADMINISTRATOR OF <br> THE ESTATE OF <br> CATHY LYNN TUBBS, et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> STEVEN M. HOOG, et al., <br><br> Defendants. | Case No. C-1-02-378 <br><br> Judge Michael H. Watson <br><br><br><br><br><br> **JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER** |

Plaintiffs, Janie Samuel, et al. and Defendants Steven M. Hoog, et al., hereby jointly move for an order modifying the scheduling order in order to allow for a 90 day extension of the deadline for disclosure of Plaintiff's expert witnesses and submission of Plaintiff's expert reports to June 30, 2005, and for corresponding extensions to Defendant's expert deadlines, witness list and summary exchange deadline, discovery deadline, dispositive motion deadline, joint final pretrial order, final pretrial conference, jury instruction deadline and trial schedule.

A memorandum in support is attached hereto and a proposed Order will be submitted to the Court's general e-mail address at watson_chambers@ohsd.uscourts.gov for the Court's consideration.

2

Respectfully submitted,

s/ Geri Hernandez Geiler (by Ward Washington per tel. auth. 3/24/05)
Geri Hernandez Geiler (0042081)
Sr. Assistant City Solicitor
Room 214 City Hall
801 Plum Street
Cincinnati, Ohio  45202
Telephone – (513) 352-3334
Facsimile – (513) 352-1515

Trial Attorney for Defendants

s/ Barbara Bison Jacobson
Barbara Bison Jacobson (0014190)
Ward Blair Washington (0076911)
Vorys, Sater, Seymour and Pease LLP
221 East Fourth Street, Suite 2000
P.O. Box 236
Cincinnati, Ohio 45202
Telephone – (513) 723-4016
Facsimile – (513) 852-8481

Trial Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANIE SAMUEL, : | |
| AS ADMINISTRATOR OF : | Case No. C-1-02-378 |
| THE ESTATE OF : | |
| CATHY LYNN TUBBS, et al., : | Judge Michael H. Watson |
| : | |
| Plaintiffs, : | |
| : | |
| -vs- : | |
| : | |
| STEVEN M. HOOG, et al., : | **MEMORANDUM IN SUPPORT OF** |
| : | **JOINT MOTION FOR MODIFICATION** |
| Defendants. : | **OF SCHEDULING ORDER** |
| : | |

Plaintiffs, Janie Samuel, et al. and Defendants Steven M. Hoog, et al., hereby jointly move for an order modifying the scheduling order in order to allow for a 90 day extension of the deadline for disclosure of Plaintiff's expert witnesses and submission of Plaintiff's expert reports to June 30, 2005, and for corresponding extensions to Defendant's expert deadlines, witness list and summary exchange deadline, discovery deadline, dispositive motion deadline, joint final pretrial order, final pretrial conference, jury instruction deadline and trial schedule.

No discovery has yet been conducted in this case. Defendants filed a motion to dismiss Plaintiffs' claims on July 29, 2004 based, among other things, upon a claimed right to qualified immunity. No discovery was conducted or could proceed pending the resolution of this motion. The Court's Order denying Defendant's Motion to Dismiss was entered March 14, 2005. Plaintiff's deadline for identifying primary experts and producing primary expert reports

1

under the current scheduling order is March 31, 2005.  As neither Plaintiffs nor Defendants have had the opportunity to conduct discovery in this case, we jointly request that the Court extend the dates in the current Calendar Order for 90 days to permit a reasonable period in which to conduct discovery in this matter, and that the trial of this matter be set for March 6, 2006, or as soon thereafter as is convenient for the Court.

                                                                                               Respectfully submitted,

| s/ Geri Hernandez Geiler (by Ward Washington per tel. auth. 3/24/05) | s/ Barbara Bison Jacobson |
|---|---|
| Geri Hernandez Geiler (0042081) | Barbara Bison Jacobson (0014190) |
| Sr. Assistant City Solicitor | Ward Blair Washington (0076911) |
| Room 214 City Hall | Vorys, Sater, Seymour and Pease LLP |
| 801 Plum Street | 221 East Fourth Street, Suite 2000 |
| Cincinnati, Ohio  45202 | P.O. Box 236 |
| Telephone – (513) 352-3334 | Cincinnati, Ohio 45202 |
| Facsimile – (513) 352-1515 | Telephone – (513) 723-4016 |
|  | Facsimile – (513) 852-8481 |
| Trial Attorney for Defendants | Trial Attorney for Plaintiffs |

## CERTIFICATE OF SERVICE

     I hereby certify that on March 28, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF which will send notification of such filing to Geri Hernandez Geiler, Sr. Assistant City Solicitor, Room 214 City Hall, 801 Plum Street, Cincinnati, Ohio  45202.

                                                  s/ Barbara Bison Jacobson
                                                  Barbara Bison Jacobson