Geri Hernandez Geiler (0042081)
Sr. Assistant City Solicitor

FILED
JAMES BONINI
CLERK
05 APR 11 PM 3:32
U.S. DISTRICT COURT
WEST. DIV. OHIO CINCINNATI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| JANIE SAMUEL, et al. | : | CASE NO. 1:02cv378 |
| Plaintiff, | : | District Judge Michael H. Watson |
| vs. | : | |
| STEVEN M. HOOG, et al., | : | **NOTICE OF APPEAL** |
| Defendants. | : | |

Notice is given that Defendants Steven M. Hoog and Michael A. Lotz appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order of the United States District Court for the Southern District of Ohio Denying Defendants' Motion to Dismiss First Amended Complaint, Granting Plaintiffs' Motion to Strike and Denying Defendants' Motion to Stay Discovery entered in this case on March 14, 2005 (Docket No. 37) and attached to this Notice.

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor

*/s/ Geri Hernandez Geiler*
**GERI HERNANDEZ GEILER (0042081)**
Sr. Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3338
Fax: (513) 352-1515
E-Mail: geri.geiler @cincinnati-oh.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2005, I filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed by United States Postal Service the document to the following counsel of record: Barbara Bison Jacobson, Counsel for Plaintiffs, at Vorys, Sater, Seymour & Pease, P.O. Box 0236, 221 East Fourth Street, Suite 2100, Cincinnati, Ohio 45201-0236.

Geri Hernandez Geiler (0042081)
Sr. Assistant City Solicitor

2