```
Mon Apr 11 15:29:49 2005

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 426393
Cashier       sjl

Check Number: 00254873

DO Code    Div No
 4661        1

Sub Acct Type Tender      Amount
1:086900  N     2         105.00
2:510000  N     2         150.00

Total Amount       $      255.00

CITY OF CINCY/GERI GEILER

NOTICE OF APPEAL 1:02-CV-378



Mon Apr 11 15:29:49 2005

Check No.  00254873
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```