UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Janie Samuel, et al.,

    Plaintiffs,

v.

Steven M. Hoog, et al.,

    Defendants.

Case No. 1:02cv378

Judge Michael H. Watson

## ORDER

This matter is before the Court due to an appeal being filed on April 11, 2005, by Defendants in this case. A stay of these proceedings shall remain in effect during the pendency of such appeal.

**IT IS SO ORDERED.**

_____
Michael H. Watson, Judge
United States District Court