UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JANIE SAMUEL,** | : | Case No. 1:02-cv-378 |
| **Plaintiff,** | : | |
| | | **Honorable Judge Watson** |
| vs. | : | |
| | | **NOTICE OF** |
| **STEVEN M. HOOG, ET AL.,** | : | **SUBSTITUTION OF COUNSEL** |
| **Defendants.** | : | |

Pursuant to United States District Court, Southern District of Ohio Local Rule 4.3(e), now comes Peter J. Stackpole, Assistant City Solicitor, and hereby gives notice of his substitution for Geri Hernandez Geiler, Assistant City Solicitor, as counsel for Defendants Steven M. Hoog and Michael A. Lotz. This substitution is made with the knowledge and consent of Julia L. McNeil, City Solicitor for the City of Cincinnati.

Respectfully submitted,

**J. RITA McNEIL (0043535)**
**City Solicitor**

*s/ Peter J. Stackpole*
**PETER J. STACKPOLE (0072103)**
**Assistant City Solicitor**
214 City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3350
peter.stackpole@cincinnati-oh.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify on August 22, 2005, a true and accurate copy of the foregoing Notice of Substitution of Counsel was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

                *s/ Peter J. Stackpole*_____
                **PETER J. STACKPOLE (0072103)**
                **Assistant City Solicitor**