# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Janie Samuel, et al.,

    Plaintiff(s),

v.                                 Case No. 1:02cv378

                                          (Judge Michael H. Watson)

Steven M. Hoog, et al.,

    Defendant(s).

---

### ORDER

---

Please take notice that the above-captioned case has been set for a final pretrial conference on November 1, 2005 and a trial for December 5, 2005. This matter is on appeal as of April 11, 2005. The appeal has not yet been decided therefore, the above listed dates are hereby VACATED and will be reset pursuant to the a ruling by the Sixth Circuit Court of Appeals.

It is so ordered.

                                                       /s/ Michael H. Watson
                                                       Michael H. Watson
                                                       United States District Judge

cc:    All Counsel
bac    September 29, 2005