No. 05-3560

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

APR 1 9 2006

**LEONARD GREEN, Clerk**

JANIE SAMUEL, et al.

    Plaintiffs - Appellees

v.

STEVEN M. HOOG; MICHAEL A. LOTZ

    Defendants - Appellants

<u>ORDER</u>

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

                    ENTERED PURSUANT TO RULE 33(d)
                    RULES OF THE SIXTH CIRCUIT
                    Leonard Green, Clerk

*Leonard Greenfield*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: *Robin Duncan*
    Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROBIN DUNCAN
(513) 564-7027
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: April 19, 2006

Geri H. Geiler
801 Plum Street
Room 214 City Hall
Cincinnati, OH 45202

Barbara Bison Jacobson
221 E. Fourth Street
Suite 2100
Cincinnati, OH 45201-0236

RE: 05-3560
Samuel vs. Hoog
District Court No. 02-00378

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

Robin Duncan
Case Manager

Enclosure

Certified Copy to:
Honorable Michael H. Watson
Mr. James Bonini