UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Janie Samuel, et al.,

    Plaintiffs,

v.                                    Case No. 1:02cv378

Steven M. Hoog, et al.,               Judge Michael H. Watson

    Defendants.

**REVISED CALENDAR ORDER**

Pursuant to the dismissal of the appeal by the Sixth Circuit Court of Appeals on April 24, 2006 (Doc. 43), and the Order of this Court, September 30, 2005 (Doc. 42), this matter shall be rescheduled as follows:

1. Joint Final Pretrial Order/Jury Instructions[1]: **September 14, 2006**

2. Final pretrial conference: **September 21, 2006, at 9:00 am, Room 815**

3. Jury Trial: **October 23, 2006, at 9:30 am, courtroom to be determined**

IT IS SO ORDERED.

                                                  _/s/ Michael H. Watson_
                                                  Michael H. Watson, Judge
                                                  United States District Court

cc:   All Counsel
bac    April 25, 2006

---

[1] You can obtain all the pretrial forms such as the Rule 26(f) report and trial procedures used by the trial and Magistrate Judge by visiting our website at: www.ohsd.uscourts.gov