# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| JANIE SAMUEL, et al., | : | Case No. 1:02cv378 |
| | : | |
| Plaintiffs, | : | Judge Michael H. Watson |
| | : | |
| v. | : | |
| | : | |
| STEVEN M. HOOG, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO TAKE THE VIDEOTAPED DEPOSITIONS OF STEVEN M. HOOG, MICHAEL A. LOTZ, MARK E. GREEN, ROBERT L. ANDREWS, MICHAEL J. ENGELKAMP AND ROBERT A. SCHENKEL

PLEASE TAKE NOTICE that Plaintiff will take the depositions of Steven M. Hoog, Michael A. Lotz, Mark E. Green, Robert L. Andrews, Michael J. Engelkamp and Robert A. Schenkel on Wednesday, July 5, 2006, at 9:00 a.m., at the office of the City Solicitor located at City Hall, Room 215, 801 Plum Street, Cincinnati, Ohio 45202, pursuant to the Federal Rules of Civil Procedure. The depositions will continue from day to day until completed. The depositions will be videographically and stenographically recorded and shall be used for all purposes permitted by the Federal Rules of Civil Procedure.

Respectfully submitted,

s/ Barbara Bison Jacobson
Barbara Bison Jacobson  (0014190)
Vorys, Sater, Seymour and Pease LLP
221 East Fourth Street
Atrium Two, Suite 2000
P.O. Box 0236
Cincinnati, Ohio 45201-0236
Telephone: (513) 723-4016
Facsimile:  (513) 852-8481

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that, on June 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Peter J. Stackpole, City of Cincinnati Solicitor's Office, Room 214, 801 Plum Street, City Hall, Cincinnati, Ohio 45202, counsel for defendants, the attorneys of record registered to receive such service by the Court's electronic filing system.

                                              s/ Ward B. Washington
                                              Ward B. Washington