# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JANIE SAMUEL, et al. | : | Case No. 1:02cv378 |
| Plaintiffs, | : | Judge Michael H. Watson |
| v. | : | |
| STEVEN M. HOOG, et al. | : | |

## NOTICE TO TAKE THE VIDEOTAPED DEPOSITIONS OF
## CANDACE TUBBS AND JANIE SAMUELS

PLEASE TAKE NOTICE that Defendant will take the depositions of Candace Tubbs and Janie Samuels on Tuesday, June 27, 2006, at 10:00 a.m., at the office of Vorys, Sater, Seymour and Pease, LLP at 221 East Fourth Street, Atrium Two Suite 2000, Cincinnati, Ohio 45201-0236, pursuant to the Federal Rules of Civil Procedure. The depositions will be videographically and stenographically recorded and shall be used for all purposes permitted by the Federal Rules of Civil Procedure.

Respectfully submitted,

**JULIA L. McNEIL**
**City Solicitor**


*/s/ Peter Stackpole*
**Peter Stackpole (0072103)**
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3350
FAX: (513) 352-1515
E-MAIL: **peter.stackpole@cincinnati-oh.gov**
Trial Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Barbara Bison Jacobson, Vorys, Sater, Seymour and Pease LLP, 221 East Fourth Street, Atrium Two, Suite 2000, Cincinnati, Ohio 45201-0236, counsel for plaintiffs, the attorneys of record registered to receive such service by the Court's electronic filing system.

*/s/ Peter Stackpole*
**Peter Stackpole (00772103)**