## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Janie Samuel, et al.,

    Plaintiffs,

v.

Steven M. Hoog, et al.

    Defendants.

Case No. 1:02cv378

Judge Michael R. Barrett

## **ORDER**

Upon good cause shown and no objection from Plaintiffs, the Court GRANTS Defendants Motion for Leave to File Answer to Plaintiffs' First Amended Complaint (Doc. 48). Defendants Steven M. Hoog and Michael A. Lotz shall file their Answer electronically on or before July 17, 2006.

**IT IS SO ORDERED.**

                                     s/Michael R. Barrett
                                     Michael R. Barrett, Judge
                                     United States District Court