**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **JANIE SAMUEL, et al.,** | : | **CASE NO. 1:02cv378** |
| Plaintiffs, | : | |
| vs. | : | **District Judge Michael H. Watson** |
| **STEVEN M. HOOG, et al.,** | : | |
| Defendants. | : | |

**NOTICE OF ENTRY OF APPEARANCE OF CO-COUNSEL
FOR DEFENDANTS STEVEN M. HOOG AND MICHAEL A. LOTZ
IN THEIR INDIVIDUAL CAPACITIES**

Notice is hereby given that **Kimberly A. Rutowski,** of the law firm of **Hardin, Lefton, Lazarus & Marks, LLC** is entering her appearance as Co-Counsel for defendants Steven M. Hoog and Michael A. Lotz, in their individual capacities, in the above-captioned matter.

/s/ *Kimberly A. Rutowski*
Kimberly A. Rutowski          (Ohio Reg. #0076653)
**Co-Counsel for Defendants Steven M. Hoog and Michael A. Lotz**
HARDIN, LEFTON, LAZARUS & MARKS, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202-4322
(513) 721-7300

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Entry of Appearance has been served by electronic case filing through the United States District Court, upon all counsel of record, this 30th day of August, 2006.

/s/ *Kimberly A. Rutowski*
Kimberly A. Rutowski          (Ohio Reg. #0076653)