IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANIE SAMUEL, : | |
| AS ADMINISTRATOR OF : | Case No. C-1-02-378 |
| THE ESTATE OF : | |
| CATHY LYNN TUBBS, et al., : | Judge Michael R. Barrett |
| : | |
| Plaintiffs, : | |
| : | |
| -vs- : | |
| : | |
| STEVEN M. HOOG, et al., : | **JOINT MOTION TO VACATE TRIAL** |
| : | **DATE AND MODIFY SCHEDULING** |
| Defendants. : | **ORDER** |

Plaintiffs, Janie Samuel, et al. and Defendants Steven M. Hoog, et al., hereby jointly move for an order modifying the scheduling order in order to allow for an extension of the trial schedule and the establishment of a scheduling order with preliminary case management dates.

A memorandum in support is attached hereto and a proposed Order will be sent to the Court's general e-mail address at barrett_chambers@ohsd.uscourts.gov for the Court's consideration.

Respectfully submitted,

| | |
|---|---|
| s/ Peter J. Stackpole (by Ward Washington per auth.) | s/ Barbara Bison Jacobson |
| Peter J. Stackpole, Esq. (0072103) | Barbara Bison Jacobson (0014190) |
| City of Cincinnati Solicitor's Office | Ward Blair Washington (0076911) |
| 801 Plum Street, Room 214 | Vorys, Sater, Seymour and Pease LLP |
| Cincinnati, OH 45202 | 221 East Fourth Street, Suite 2000 |
| Telephone – (513) 352-3350 | P.O. Box 236 |
| Facsimile – (513) 352-1515 | Cincinnati, Ohio 45202 |
| Peter.stackpole@cincinnati-oh.gov | Telephone – (513) 723-4016 |
| | Facsimile – (513) 852-8481 |
| Trial Attorney for Defendants | Trial Attorney for Plaintiffs |

Case 1:02-cv-00378-MRB    Document 52    Filed 09/13/2006    Page 2 of 5

Kimberly A. Rutowski, Esq. (0076653)
Hardin Lefton Lazarus & Marks LLC
Cincinnati Club Building
30 Garfield Place, Suite 915
Cincinnati, OH  45202
Telephone – (513) 721-7300
Facsimile – (513) 721-7008

Co-Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANIE SAMUEL,<br>AS ADMINISTRATOR OF<br>THE ESTATE OF<br>CATHY LYNN TUBBS, et al.,<br><br>Plaintiffs,<br><br>-vs-<br><br>STEVEN M. HOOG, et al.,<br><br>Defendants. | Case No. C-1-02-378<br><br>Judge Michael R. Barrett<br><br><br><br><br><br>**MEMORANDUM IN SUPPORT OF**<br>**JOINT MOTION TO VACATE TRIAL**<br>**DATE AND MODIFY SCHEDULING**<br>**ORDER** |

  Plaintiffs, Janie Samuel, et al. and Defendants Steven M. Hoog, et al., hereby jointly move for an order vacating the trial date and modifying the scheduling order in order to allow sufficient time for the parties to conduct discovery.

  Although this case has been pending for some time, the parties have only had the opportunity to conduct limited discovery. Defendants filed a motion to dismiss Plaintiffs' claims on July 29, 2004 based, among other things, upon a claimed right to qualified immunity. No discovery was conducted or could proceed pending the resolution of this motion. The Court's Order denying Defendant's Motion to Dismiss was entered March 14, 2005. Defendants subsequently appealed the Court's denial of the motion to dismiss. The parties engaged in mediation through the Sixth Circuit's mediation office, but were unable to reach a settlement in this matter. The appeal was dismissed on April 19 of this year.

Both parties have responded to discovery deposition requests and nine depositions have been taken to date. Additional discovery and time in order to prepare for trial is needed, however. The parties therefore jointly request that the Court vacate the current trial date and scheduling order to permit a reasonable period in which to conduct discovery and prepare for trial. The parties request that the trial of this matter be set for September 27, 2007, or as soon thereafter as is convenient for the Court.

Respectfully submitted,

| | |
|---|---|
| s/ Peter J. Stackpole (by Ward Washington per auth.)<br>Peter J. Stackpole, Esq. (0072103)<br>City of Cincinnati Solicitor's Office<br>801 Plum Street, Room 214<br>Cincinnati, OH  45202<br><br>Trial Attorney for Defendants | s/ Barbara Bison Jacobson<br>Barbara Bison Jacobson (0014190)<br>Ward Blair Washington (0076911)<br>Vorys, Sater, Seymour and Pease LLP<br>221 East Fourth Street, Suite 2000<br>P.O. Box 236<br>Cincinnati, Ohio 45202<br>Telephone – (513) 723-4016<br>Facsimile – (513) 852-8481<br><br>Trial Attorney for Plaintiffs |

Kimberly A. Rutowski, Esq. (0076653)
Hardin Lefton Lazarus & Marks LLC
Cincinnati Club Building
30 Garfield Place, Suite 915
Cincinnati, OH  45202
Telephone – (513) 721-7300
Facsimile – (513) 721-7008

Co-Counsel for Defendants

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF which will send notification of such filing to Peter J. Stackpole, Esq., City of Cincinnati Solicitor's Office, 801 Plum Street, Room 214, Cincinnati, OH 45202; and Kimberly A. Rutowski, Esq., Hardin Lefton Lazarus & Marks LLC, 30 Garfield Place, Suite 915, Cincinnati, OH 45202.

s/ Ward B. Washington<br>
Ward B. Washington