UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Janie Samuel, as Administrator of
the Estate of Cathy Lynn Tubbs, et al.

      Plaintiff,

v.

Steven M. Hoog, et al.,

      Defendants.

Case No. 1:02cv378

Judge Michael R. Barrett

## ORDER

This matter is before the Court on the parties' Joint Motion to Vacate Trial Date and Modify Scheduling Order (Doc. 52). The Court hereby grants the parties' motion and orders that the parties shall have until May 30, 2007 to complete discovery, and other deadlines are set as follows:

1. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff identify experts and produce reports: **January 30, 2007**
   Defendant identify experts and produce reports: **March 2, 2007**

2. Parties to exchange witness list and summary: **March 30, 2007**

3. Discovery deadline: **May 30, 2007**

4. Dispositive motion deadline: **June 28, 2007**

5. Jury Instructions: **August 24, 2007**

6. Joint final pretrial order: **August 24, 2007**

7. Final pretrial conference: **August 31, 2007** at 9:30am

8. Jury Trial: **October 1, 2007**

      IT IS SO ORDERED.

                                                    s/Michael R. Barrett
                                                    Judge Michael R. Barrett