IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANIE SAMUEL, <br> AS ADMINISTRATOR OF <br> THE ESTATE OF <br> CATHY LYNN TUBBS, et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> STEVEN M. HOOG, et al., <br><br> Defendants. | Case No. C-1-02-378 <br><br> Judge Michael R. Barrett <br><br><br><br><br><br> **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT EXPERT IDENTIFICATIONS AND REPORTS** |

This matter is before the Court on Plaintiff's Motion for Extension of Time to Submit Expert Identification and Reports.

The Court hereby grants Plaintiff's motion. The current scheduling order will be revised in order to allow for an extension of time for both Plaintiff and Defendants to submit expert identifications and reports. Parties will report to the court within thirty days from the date on this Order with a status report on the additional time needed for discovery, after the documents have been reviewed.

IT IS SO ORDERED.

_____                              _____
Date                                                                              Judge Michael R. Barrett

2