## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Janie Samuel, et al.,

    Plaintiffs,

v.

Steven M. Hoog, et al.

    Defendants.

Case No. 1:02cv378

Judge Michael R. Barrett

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Extension of Time to Submit Expert Identification and Reports (Doc. 54). Plaintiff informs the Court that Defendants do not oppose this motion. Therefore, upon good cause shown, the Court hereby GRANTS Plaintiff's motion. The current scheduling order will be revised in order to allow for an extension of time for both Plaintiff and Defendants to submit expert identifications and reports. Parties will report to the court within thirty days from the date of this Order with a status report on the additional time needed for discovery, after the documents have been reviewed.

    **IT IS SO ORDERED.**

    s/Michael R. Barrett
    Michael R. Barrett, Judge
    United States District Court