IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JANIE SAMUEL, | : | |
| AS ADMINISTRATOR OF | : | Case No. C-1-02-378 |
| THE ESTATE OF | : | |
| CATHY LYNN TUBBS, et al., | : | Judge Michael R. Barrett |
| | : | |
| Plaintiffs, | : | |
| | : | |
| -vs- | : | |
| | : | |
| STEVEN M. HOOG, et al., | : | **NOTICE OF WITHDRAWAL OF** |
| | : | **CO-COUNSEL** |
| Defendants. | : | |
| | : | |

Notice is hereby given that Ward B. Washington, co-counsel for Plaintiffs, herewith withdraws as co-counsel in this matter. The rights of the Plaintiffs will not be prejudiced since Plaintiffs will continue to be represented by the law firm of Vorys, Sater, Seymour and Pease LLP, and Barbara Bison Jacobson will remain as lead counsel and Trial Attorney.

    Respectfully submitted,

    s/ Ward Blair Washington
    Ward Blair Washington (0076911)
    Vorys, Sater, Seymour and Pease LLP
    221 East Fourth Street, Suite 2000
    P.O. Box 236
    Cincinnati, Ohio 45202
    Telephone – (513) 723-4604
    Facsimile – (513) 852-7840

    Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF which will send notification of such filing to Peter J. Stackpole, Esq., City of Cincinnati Solicitor's Office, 801 Plum Street, Room 214, Cincinnati, OH  45202; and Kimberly A. Rutowski, Esq., Hardin Lefton Lazarus & Marks LLC, 30 Garfield Place, Suite 915, Cincinnati, OH  45202.

                                                s/ Ward B. Washington
                                                Ward B. Washington