IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANIE SAMUEL, <br> AS ADMINISTRATOR OF <br> THE ESTATE OF <br> CATHY LYNN TUBBS, et al., <br><br> **Plaintiffs,** <br><br> -vs- <br><br> STEVEN M. HOOG, et al., <br><br> **Defendants.** | Case No. C-1-02-378 <br><br> Judge Michael R. Barrett <br><br><br><br><br> **JOINT STATUS REPORT** |

On March 2, 2007, the parties submitted a joint status report requesting permission to submit a further joint status report in 60 days. The parties hereby submit the further joint status report.

The parties have continued to make substantial progress in discovery, with much of the written discovery and a number of depositions completed. Plaintiffs subpoenaed certain written documents from the City of Cincinnati. The City produced directly to Plaintiffs' counsel's office some of the requested documents, and Plaintiffs' counsel reviewed other documents made available for inspection at a City facility on two days, by agreement. The City intends to produce and make available for inspection additional documents in response to Plaintiffs' subpoena, and the parties are working together to complete this process. After the document review is completed, Plaintiffs intend to take additional depositions of City employees. Plaintiffs intend to identify experts and produce reports as soon as possible. Plaintiffs need to receive the remainder

of the documents subpoenaed from the City, however, prior to providing their expert reports.

The parties are working together to complete discovery in a timely manner. In the March 2, 2007 joint status report, the parties informed the Court that they expected to need an additional 60-120 days beyond the dates set forth in the Court's September 14, 2006 Order (Doc. 53) to complete discovery and prepare for trial. At this point, the parties request to report back to the Court on June 15, 2007, at which time it is anticipated that the City of Cincinnati will have completed the production of all requested documents. At such time, the parties will be able to jointly report to the Court with proposed dates for the production of expert reports, completion of discovery, dispositive motion deadlines, and the trial schedule.

Respectfully submitted,

s/ *Peter J. Stackpole (by Barbara Bison Jacobson per Authorization)*
Peter J. Stackpole, Esq. (0072103)
City of Cincinnati Solicitor's Office
801 Plum Street, Room 214
Cincinnati, OH 45202
Telephone – (513) 352-3350
Facsimile – (513) 352-1515

Trial Attorney for Defendants

s/ *Barbara Bison Jacobson*
Barbara Bison Jacobson (0014190)
Vorys, Sater, Seymour and Pease LLP
221 East Fourth Street, Suite 2000
P.O. Box 236
Cincinnati, Ohio 45202
Telephone – (513) 723-4016
Facsimile – (513) 852-8481

Trial Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF which will send notification of such filing to Peter J. Stackpole, Esq., City of Cincinnati Solicitor's Office, 801 Plum Street, Room 214, Cincinnati, OH 45202; and Kimberly A. Rutowski, Esq., Hardin Lefton Lazarus & Marks LLC, 30 Garfield Place, Suite 915, Cincinnati, OH 45202.

s/ *Barbara Bison Jacobson*
Barbara Bison Jacobson