**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Janie Samuel, et al.,

    Plaintiffs,

    v.                                                                    Case No. 1:02cv378

Steven M. Hoog, et al.,                                              Judge Michael R. Barrett

    Defendants.

**NOTICE**

Please take notice that the above captioned matter is being set for a telephone status conference regarding the status of discovery and other deadlines before the Honorable Michael R. Barrett on:

**Thursday, June 21, 2007 at 9:00 am**

The parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 9:00 am.

                                                          Michael R. Barrett, Judge
                                                          United States District Court

                                                           *S/Barbara A. Crum*
                                                           Courtroom Deputy

**cc: All Counsel**
bac       May 3, 2007