IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JANIE SAMUEL,** | : | |
| **AS ADMINISTRATOR OF** | : | Case No. C-1-02-378 |
| **THE ESTATE OF** | : | |
| **CATHY LYNN TUBBS, et al.,** | : | Judge Michael R. Barrett |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| -vs- | : | |
| | : | |
| **STEVEN M. HOOG, et al.,** | : | **JOINT STATUS REPORT** |
| | : | |
| **Defendants.** | : | |
| | : | |

On May 2, 2007, the parties submitted a joint status report requesting permission to submit a further joint status report on June 15, 2007. The parties hereby submit the further joint status report.

The parties are working together to complete the discovery process in a timely manner. Some of the written discovery and a number of depositions have been completed. Plaintiffs subpoenaed documents from the City of Cincinnati. The City produced directly to Plaintiffs' counsel's office some of the requested documents, and Plaintiffs' counsel reviewed other documents made available for inspection at a City facility on three days, by agreement. The most recent review occurred on June 1, 2007. The City intends to produce the remainder of subpoenaed documents by July 2, 2007. After the document review is completed, Plaintiffs intend to take additional depositions of City employees. Plaintiffs intend to identify experts and produce reports as soon as possible, but need to receive the remainder of the subpoenaed documents before they can do so.

The Court has scheduled a status conference for June 21, 2007 at 9 a.m. The parties will be prepared at the conference to propose dates for the production of expert reports, completion of discovery, dispositive motion deadlines, and the trial schedule.

|  | Respectfully submitted, |
|---|---|
| *s/ Peter J. Stackpole (by Barbara Bison Jacobson per Authorization)* | *s/ Barbara Bison Jacobson* |
| Peter J. Stackpole, Esq. (0072103) | Barbara Bison Jacobson (0014190) |
| City of Cincinnati Solicitor's Office | Vorys, Sater, Seymour and Pease LLP |
| 801 Plum Street, Room 214 | 221 East Fourth Street, Suite 2000 |
| Cincinnati, OH 45202 | P.O. Box 236 |
| Telephone – (513) 352-3350 | Cincinnati, Ohio 45202 |
| Facsimile – (513) 352-1515 | Telephone – (513) 723-4016 |
|  | Facsimile – (513) 852-8481 |
| Trial Attorney for Defendants | Trial Attorney for Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF which will send notification of such filing to Peter J. Stackpole, Esq., City of Cincinnati Solicitor's Office, 801 Plum Street, Room 214, Cincinnati, OH 45202; and Kimberly A. Rutowski, Esq., Hardin Lefton Lazarus & Marks LLC, 30 Garfield Place, Suite 915, Cincinnati, OH 45202.

*s/ Barbara Bison Jacobson*
Barbara Bison Jacobson