IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANIE SAMUEL, : | |
| AS ADMINISTRATOR OF : | Case No. C-1-02-378 |
| THE ESTATE OF : | |
| CATHY LYNN TUBBS, et al., : | Judge Michael R. Barrett |
| : | |
| Plaintiffs, : | |
| : | |
| -vs- : | |
| : | |
| STEVEN M. HOOG, et al., : | |
| : | |
| Defendants. : | |
| : | |

**NOTICE OF APPEARANCE**

The Court and parties hereto will take notice that Glenn V. Whitaker of Vorys, Sater, Seymour and Pease LLP hereby enters his appearance as co-counsel for the Plaintiffs in the above captioned matter. It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned.

    Respectfully submitted,

    /s/ *Glenn V. Whitaker*
    Glenn V. Whitaker (0018169)
    Vorys, Sater, Seymour and Pease LLP
    221 East Fourth Street, Suite 2000
    P.O. Box 236
    Cincinnati, Ohio 45202
    Telephone: 513-723-4000
    Facsimile: 513-723-4056
    gvwhitaker@vssp.com

## CERTIFICATE OF SERVICE

       I hereby certify that on July 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF which will send notification of such filing to Peter J. Stackpole, Esq., City of Cincinnati Solicitor's Office, 801 Plum Street, Room 214, Cincinnati, OH  45202; and Kimberly A. Rutowski, Esq., Hardin Lefton Lazarus & Marks LLC, 30 Garfield Place, Suite 915, Cincinnati, OH  45202.

                                         s/ *Glenn V. Whitaker*
                                         Glenn V. Whitaker