# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Janie Samuel, et al.,

      Plaintiffs,

      v.                                Case No. 1:02cv378

Steven M. Hoog, et al.,                      Judge Michael R. Barrett

      Defendants.

## NOTICE

Please take notice that the above captioned matter is being set for a telephone status conference regarding the status of discovery before the Honorable Michael R. Barrett on:

**Tuesday, July 24, 2007 at 4:00 pm**

The parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 4:00 pm.

                                Michael R. Barrett, Judge
                                United States District Court

                                *S/Barbara A. Crum*
                                Courtroom Deputy

**cc: All Counsel**
bac       July 23, 2007