UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Janie Samuel, et al.,

    Plaintiffs,

v.

Steven M. Hoog, et al.

    Defendants.

Case No. 1:02cv378

Judge Michael R. Barrett

## ORDER

The Court hereby orders the defendants to produce the following records (to the extent that such records exist):

1. Medical Run Reports from May 29, 1999 through July 29, 2000 that identify by name or badge number either Firefighter Hoog or Lotz, or both;

2. Medical run reports and other emergency response documentation, including "desk diaries" for 1/1/2000 through 7/29/2000 when defendant Hoog was on duty;

3. Medical Run Reports, CAD's, Forms 34 and any other emergency response documentation for any occasions where Firefighter Hoog acted as the officer in charge;

4. Additional documents related to the May 29, 2000 incident including Forms 47, Forms 273, and the back side of the Medical Run Report;

5. Medical Run Reports, CAD's, Forms 34, "Address-Inquiry – Incidents" and "Incident Report" printouts and any other medical run reports and other emergency response documentation for all emergency responses to 1316 Burdett Avenue at any time;

6. Drafts of internal investigation reports and memoranda concerning defendants Hoog's and Lotz's conduct during the May 29, 2000 incident;

7. Firefighter Hoog's and Lotz's personnel files (excluding personal medical information);

8. Documents related to the racial makeup of fire house or engine companies, including a report addressing racial segregation and discrimination in the Fire Department;

9. A map of the geographic area primarily served by Engine 23, or a description of its boundaries.

These records are ordered to be produced by the defendants for inspection or copying not later than August 31, 2007.

**IT IS SO ORDERED.**

                                                s/Michael R. Barrett
                                                Michael R. Barrett, Judge
                                                United States District Court