# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JANIE SAMUEL, et al | : | CASE NO. 1:02cv378 |
| Plaintiffs, | : | JUDGE MICHAEL BARRETT |
| vs. | : | |
| STEVEN M. HOOG, et al., | : | **CITY OF CINCINNATI'S RESPONSES TO SUBPOENA** |
| Defendants. | : | **FOR RECORDS** |

The City of Cincinnati provides the following responses:

1. See attached records.

2. See attached records.

3. See attached records.

4. See attached records.

5. Objection. This request calls for information that is work-product and protected by the attorney-client privilege.

Without waiving this objection, see attached records.

6. No such records.

7. (Skipped in subpoena request. Left intentionally blank in this response.)

8. No such records.

9. See attached records.

10. See attached records.

11. No such records.


RECEIVED JAN 2007

12. See attached records.

13. No such records.

14. See attached records.

15. See attached records.

16. See attached records.

17. See attached records.

18. Objection. Overbroad. Vague.

Without waiving the objection, the records will be made available for inspection.

19. See attached records.

20. See attached records.

 

Respectfully submitted,

**JULIA L. McNEIL, (0043535)**
**CITY SOLICITOR**

/s/ Peter J. Stackpole
**PETER J. STACKPOLE (72103)**
Assistant City Solicitor
Counsel for Defendant City of Cincinnati
City Hall, Room 214
801 Plum Street
Cincinnati, Ohio 45202
Tel: 513-352-3350
Fax: 513-352-1515
Email: peter.stackpole@cincinnati-oh.gov