**Stackpole, Peter**

| | |
|---|---|
| From: | Jones, Will |
| Sent: | Wednesday, April 25, 2007 7:44 AM |
| To: | Stackpole, Peter; Clark, Dennis |
| Cc: | Ransick, Richard; Corbett, Chris; DeMasi, Mose; Miller, Chris A (CITY-FIRE) |
| Subject: | RE: Samuel v. Hoog, City's Responses to Subpoena for Records |
| Importance: | High |

Peter,

District Chief Dennis Clark 357-7511 cell 702-9232 is Rescue 1. He supervises Rescue 2. He will assist with your records request for R-1 & R-2

Thanks

Will R Jones
District Fire Chief
Cincinnati Fire Department
Office (513) 564-1743
Cell   (513) 368-1721

> -----Original Message-----
> From: Stackpole, Peter
> Sent: Tuesday, April 24, 2007 4:29 PM
> To: Jones, Will
> Cc: Ransick, Richard
> Subject: FW: Samuel v. Hoog, City's Responses to Subpoena for Records
>
> DC Jones,
>
> As you know, this case has entailed extensive discovery. We've been going through a number of records at CFD IIS, but the plaintiff wants to inspect the records at Rescue 1 and 2. Frankly, I don't know where these records are kept. Please see the attached correspondence from plaintiff's counsel detailing what records she is looking for.
>
> I would like to be as cooperative as possible because I am getting ready to file a motion for summary judgment and I don't want them to be able to argue that we did not give them everything.
>
> I apologize for the inconvenience. If you need anything else from me so that we can respond to this letter, please let me know.
>
> Thanks,
> Pete
>
> From: Langsam, Dorothea K. [mailto:dklangsam@vssp.com]
> Sent: Monday, April 09, 2007 4:04 PM
> To: Stackpole, Peter
> Subject: Samuel v. Hoog, City's Responses to Subpoena for Records
>
> Please see the attached letter.



EXHIBIT A

9/19/2007

Dorothea (Thea) Langsam, Esq.
*Vorys, Sater, Seymour and Pease LLP*
Suite 2000, Atrium Two
221 East Fourth Street
Cincinnati, OH 45202
Direct dial: (513) 723-4094
Direct fax: (513) 852-7858
dklangsam@vssp.com

From the law offices of Vorys, Sater, Seymour and Pease LLP.

IRS CIRCULAR 230 DISCLOSURE: In order to ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing, or recommending to another person, any transaction or other matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

9/19/2007