**Stackpole, Peter**

| | |
|---|---|
| **From:** | Clark, Dennis |
| **Sent:** | Tuesday, May 01, 2007 8:07 AM |
| **To:** | Stackpole, Peter |
| **Cc:** | DeMasi, Mose; Corbett, Chris |
| **Subject:** | Hoog/Lotz records request |

Peter,

My Rescue 2 Lieutenants and I have conducted a search of all of our records, going back to the period of May 1999, and have found nothing relating to Firefighters Hoog or Lotz.

Please advise if there is anything else that we can do to assist in this matter.

**Denny Clark**
District Chief,
Emergency Medical Services
Cincinnati Fire Department
ph: (513) 357-7511
Email: dennis.clark@cincinnati-oh.gov

Chief Clark,



EXHIBIT B