## Stackpole, Peter

**From:** Clark, Dennis
**Sent:** Friday, June 08, 2007 7:36 AM
**To:** Stackpole, Peter
**Cc:** Menke-Sunderhaus, Maria; DeMasi, Mose; Winston, Roy; Kroeger, Mike; Corbett, Chris
**Subject:** RE: Hoog/Lotz records request

Pete,

Your questions regarding personnel records/issues should be directed to Assistant Chief Mose Demasi (Human Resources). In regard to medical records, Maria Menke-Sunderhaus (Accounting Supervisor) and her staff maintain those files. DC Roy Winston (Dispatch) may be able to provide a map of E-23's service area.

AC Demasi: 564-1741
Maria Menke-Sunderhaus: 352-6222
DC Roy Winston: 263-8170

Let me know if you need anything further from me.

Denny
357-7511

-----Original Message-----
**From:** Stackpole, Peter
**Sent:** Thursday, June 07, 2007 5:05 PM
**To:** Clark, Dennis
**Subject:** RE: Hoog/Lotz records request

Denny,

I apologize for the continued requests. These continue to crop up as plaintiff's counsel goes through various records. On top of that, I am not sure if you are the appropriate person to whom I should direct requests for information. If I am barking up the wrong tree, please redirect me.

The latest request for records includes the following:

1) Complete personnel files for Mike Lotz and Steven Hoog. (They believe they do not have complete personnel files.)
2) The study regarding segregation within the Fire Department that was conducted a few years ago. I'm not familiar with this at all, but plaintiff's counsel seemed to indicate that there was some study done a few years ago regarding race issues in the fire department.
3) A map of E23's service area.
4) All medical run reports w/ Hoog or Lotz from May 29, 1999 through July 29, 2000 [I believe your response below was specific to any complaints against Hoog or Lotz, not the broader request for any and all medical runs]
5) Any reports, medical run reports, or other documents for any incidents where FF Hoog was an Officer-in-Charge.

Thank you so much for your assistance. If I need to speak with someone else within the CFD, would you please let me know who that would be.

Pete

**From:** Clark, Dennis
**Sent:** Tuesday, May 01, 2007 8:07 AM
**To:** Stackpole, Peter
**Cc:** DeMasi, Mose; Corbett, Chris
**Subject:** Hoog/Lotz records request

Peter,


EXHIBIT C

1

My Rescue 2 Lieutenants and I have conducted a search of all of our records, going back to the period of May 1999, and have found nothing relating to Firefighters Hoog or Lotz.

Please advise if there is anything else that we can do to assist in this matter.

**Denny Clark**
District Chief,
Emergency Medical Services
Cincinnati Fire Department
ph: (513) 357-7511
Email: dennis.clark@cincinnati-oh.gov
Chief Clark,