**Stackpole, Peter**

---

**From:** Langsam, Dorothea K. [dklangsam@vssp.com]
**Sent:** Friday, June 15, 2007 11:34 AM
**To:** Stackpole, Peter
**Subject:** RE: Proposed Joint Status Report

Thanks.

---

**From:** Stackpole, Peter [mailto:Peter.Stackpole@cincinnati-oh.gov]
**Sent:** Friday, June 15, 2007 11:31 AM
**To:** Langsam, Dorothea K.
**Subject:** RE: Proposed Joint Status Report

Thanks Thea. Mose Demasi is on vacation this week and won't return until Monday. He is the key person in CFD human resources who can tell me how long it will take to get the requested information. I tried his underlings but they deferred to Chief Demasi. As a result, I can only give you my best guess on the date. Let's say July 2. If Mose gets back and tells me I am being unrealistic I will let you know.

Otherwise the report is fine. Thanks.

---

**From:** Langsam, Dorothea K. [mailto:dklangsam@vssp.com]
**Sent:** Friday, June 15, 2007 11:25 AM
**To:** Stackpole, Peter
**Subject:** RE: Proposed Joint Status Report

Peter,

I just wanted to remind you that the status report is due today. Please let me know the date by which you expect to produce the documents and that you agree to the proposed report.

Thanks,


Dorothea (Thea) Langsam, Esq.
*Vorys, Sater, Seymour and Pease LLP*
Suite 2000, Atrium Two
221 East Fourth Street
Cincinnati, OH  45202
Direct dial:  (513) 723-4094
Direct fax:   (513) 852-7858
dklangsam@vssp.com

---

**From:** Stackpole, Peter [mailto:Peter.Stackpole@cincinnati-oh.gov]
**Sent:** Wednesday, June 13, 2007 12:12 PM
**To:** Langsam, Dorothea K.
**Subject:** RE: Proposed Joint Status Report

I've sent out emails to CFD re the documents you've requested. Chief Demasi is out, but I emailed a

**EXHIBIT D** (tabbies)

subordinate. I will let you know the date by which we expect to have documents available shortly.

Thanks.

---

**From:** Langsam, Dorothea K. [mailto:dklangsam@vssp.com]
**Sent:** Wednesday, June 13, 2007 12:03 PM
**To:** Stackpole, Peter
**Subject:** Proposed Joint Status Report

Peter,

Attached is a proposed Joint Status Report. It is due Friday. I have left for you to fill in the date by which the City expects to produce the remainder of the subpoenaed documents. Please also let me know if you would like any revisions made and e-mail it back to me.

Thanks,


Dorothea (Thea) Langsam, Esq.
*Vorys, Sater, Seymour and Pease LLP*
Suite 2000, Atrium Two
221 East Fourth Street
Cincinnati, OH 45202
Direct dial: (513) 723-4094
Direct fax: (513) 852-7858
dklangsam@vssp.com

From the law offices of Vorys, Sater, Seymour and Pease LLP.

IRS CIRCULAR 230 DISCLOSURE: In order to ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing, or recommending to another person, any transaction or other matter addressed herein.

---

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.


From the law offices of Vorys, Sater, Seymour and Pease LLP.

IRS CIRCULAR 230 DISCLOSURE: In order to ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we

inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing, or recommending to another person, any transaction or other matter addressed herein.

---

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

From the law offices of Vorys, Sater, Seymour and Pease LLP.

IRS CIRCULAR 230 DISCLOSURE: In order to ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing, or recommending to another person, any transaction or other matter addressed herein.

---

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

9/24/2007