# EXHIBIT B

| EMS RUNS 1999 START: 05/27/99 END: 06/04/99 | ROLL# 19 DUPLICATE | EMS RUNS 1999 START: 08/16/99 END: 08/22/99 | ROLL# 30 DUPLICATE |
|---|---|---|---|
| EMS RUNS 1999 START: 06/05/99 END: 06/11/99 | ROLL# 20 DUPLICATE | EMS RUNS 1999 START: 08/23/99 END: 08/30/99 | ROLL# 31 DUPLICATE |
| EMS RUNS 1999 START: 06/12/99 END: 06/19/99 | ROLL# 21 DUPLICATE | EMS RUNS 1999 START: 08/31/99 END: 09/06/99 | ROLL# 32 DUPLICATE |
| EMS RUNS 1999 START: 06/20/99 END: 06/27/99 | ROLL# 22 DUPLICATE | EMS RUNS 1999 START: 09/07/99 END: 09/13/99 | ROLL# 33 DUPLICATE |
| EMS RUNS 1999 START: 06/28/99 END: 07/04/99 | ROLL# 23 DUPLICATE | EMS RUNS 1999 START: 09/14/99 END: 09/20/99 | ROLL# 34 DUPLICATE |
| EMS RUNS 1999 START: 07/05/99 END: 07/11/99 | ROLL# 24 DUPLICATE | EMS RUNS 1999 START: 09/21/99 END: 09/28/99 | ROLL# 35 DUPLICATE |
| EMS RUNS 1999 START: 07/12/99 END: 07/18/99 | ROLL# 25 DUPLICATE | EMS RUNS 1999 START: 09/28/99 END: 10/06/99 | ROLL# 36 DUPLICATE |
| EMS RUNS 1999 START: 07/19/99 END: 07/25/99 | ROLL# 26 DUPLICATE | EMS RUNS 1999 START: 10/07/99 END: 10/13/99 | ROLL# 37 DUPLICATE |
| EMS RUNS 1999 START: 07/26/99 END: 07/31/99 | ROLL# 27 DUPLICATE | EMS RUNS 1999 START: 10/14/99 END: 10/24/99 | ROLL# 38 DUPLICATE |
| EMS RUNS 1999 START: 08/01/99 END: 08/07/99 | ROLL# 28 DUPLICATE | EMS RUNS 1999 START: 10/25/99 END: 11/01/99 | ROLL# 39 DUPLICATE |
| EMS RUNS 1999 START: 08/08/99 END: 08/15/99 | ROLL# 29 DUPLICATE | EMS RUNS 1999 START: 11/02/99 END: 11/09/99 | ROLL# 40 DUPLICATE |

| EMS RUNS 1999  START: 11/10/99  END: 11/20/99 | ROLL# 41  DUPLICATE | EMS RUNS 2000  START: 02/10/00  END: 02/18/00 | ROLL# 6  DUPLICATE |
|---|---|---|---|
| EMS RUNS 1999  START: 11/21/99  END: 11/30/99 | ROLL# 42  DUPLICATE | EMS RUNS 2000  START: 02/19/00  END: 02/27/00 | ROLL# 7  DUPLICATE |
| EMS RUNS 1999  START: 12/01/99  END: 12/07/99 | ROLL# 43  DUPLICATE | EMS RUNS 2000  START: 02/28/00  END: 03/07/00 | ROLL# 8  DUPLICATE |
| EMS RUNS 1999  START: 12/08/99  END: 12/15/99 | ROLL# 44  DUPLICATE | EMS RUNS 2000  START: 03/08/00  END: 03/16/00 | ROLL# 9  DUPLICATE |
| EMS RUNS 1999  START: 12/16/99  END: 12/24/99 | ROLL# 45  DUPLICATE | EMS RUNS 2000  START: 03/17/00  END: 03/24/00 | ROLL# 10  DUPLICATE |
| EMS RUNS 1999  START: 12/25/99  END: 12/31/99 | ROLL# 46  DUPLICATE | EMS RUNS 2000  START: 03/25/00  END: 04/02/00 | ROLL# 11  DUPLICATE |
| EMS RUNS 2000  START: 01/01/00  END: 01/07/00 | ROLL# 1  DUPLICATE | EMS RUNS 2000  START: 04/03/00  END: 04/10/00 | ROLL# 12  DUPLICATE |
| EMS RUNS 2000  START: 01/08/00  END: 01/15/00 | ROLL# 2  DUPLICATE | EMS RUNS 2000  START: 04/11/00  END: 04/19/00 | ROLL# 13  DUPLICATE |
| EMS RUNS 2000  START: 01/16/00  END: 01/23/00 | ROLL# 3  DUPLICATE | EMS RUNS 2000  START: 04/20/00  END: 04/27/00 | ROLL# 14  DUPLICATE |
| EMS RUNS 2000  START: 01/24/00  END: 02/01/00 | ROLL# 4  DUPLICATE | EMS RUNS 2000  START: 04/28/00  END: 05/05/00 | ROLL# 15  DUPLICATE |
| EMS RUNS 2000  START: 02/02/00  END: 02/09/00 | ROLL# 5  DUPLICATE | EMS RUNS 2000  START: 05/06/00  END: 05/12/00 | ROLL# 16  DUPLICATE |

| EMS RUNS 2000 | ROLL# |
|---|---|
| START: 05/13/00 | 17 |
| END:   05/20/00 | DUPLICATE |

| EMS RUNS 2000 | ROLL# |
|---|---|
| START: 05/21/00 | 18 |
| END:   05/28/00 | DUPLICATE |

| EMS RUNS 2000 | ROLL# |
|---|---|
| START: 05/29/00 | 19 |
| END:   06/05/00 | DUPLICATE |

| EMS RUNS 2000 | ROLL# |
|---|---|
| START: 06/06/00 | 20 |
| END:   06/13/00 | DUPLICATE |

| EMS RUNS 2000 | ROLL# |
|---|---|
| START: 06/14/00 | 21 |
| END:   06/21/00 | DUPLICATE |

| EMS RUNS 2000 | ROLL# |
|---|---|
| START: 06/22/00 | 22 |
| END:   06/29/00 | DUPLICATE |

| EMS RUNS 2000 | ROLL# |
|---|---|
| START: 06/30/00 | 23 |
| END:   07/07/00 | DUPLICATE |

| EMS RUNS 2000 | ROLL# |
|---|---|
| START: 07/08/00 | 24 |
| END:   07/14/00 | DUPLICATE |

| EMS RUNS 2000 | ROLL# |
|---|---|
| START: 07/15/00 | 25 |
| END:   07/22/00 | DUPLICATE |

| EMS RUNS 2000 | ROLL# |
|---|---|
| START: 07/23/00 | 26 |
| END:   07/30/00 | DUPLICATE |

| EMS RUNS 2000 | ROLL# |
|---|---|
| START: 07/31/00 | 27 |
| END:   08/07/00 | DUPLICATE |