**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Janie Samuel, et al.,

    Plaintiffs,

    v.                                             Case No. 1:02cv378

Steven M. Hoog, et al.,                            Judge Michael R. Barrett

    Defendants.

**NOTICE**

Please take notice that the above captioned matter is being set for a telephone status conference regarding the status of discovery before the Honorable Michael R. Barrett on:

**Tuesday, February 19, 2008 at 2:30 pm**

The parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 2:30 pm.

                                                Michael R. Barrett, Judge
                                                United States District Court

                                                *S/Barbara A. Crum*
                                                Courtroom Deputy

**cc: All Counsel**
bac       February 5, 2008