# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Janie Samuel, et al.,

    Plaintiffs,

    v.                              Case No. 1:02cv378

Steven M. Hoog, et al.,                Judge Michael R. Barrett

    Defendants.

## **NOTICE**

Please take notice that the above captioned matter is being set for a telephone status conference regarding the status of settlement before the Honorable Michael R. Barrett on:

**Friday, July 11, 2008 at 3:00 pm**

The parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 3:00 pm.

                                                Michael R. Barrett, Judge
                                                United States District Court

                                                *S/Barbara A. Crum*
                                                Courtroom Deputy

**cc: All Counsel**

bac      July 7, 2008